

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Elizabeth Mendoza, Appellant

No. 06-14-00225-CR        v.

The State of Texas, Appellee

Appeal from the Criminal District Court No. 6 of Dallas County, Texas (Tr. Ct. No. F12-61870-X). Memorandum Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to indicate that Elizabeth Mendoza's six-year sentence reflected in the judgment adjudicating guilt for the offense of aggravated assault with a deadly weapon was not imposed pursuant to a plea agreement. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Elizabeth Mendoza, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 25, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk